UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES TACKITT and TACKITT BAIL BONDS, INC., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) <br> ) CASE NO. 1:05-cv-1789-DFH-TAB |
| M. JAMES QUEARRY, individually and as Sheriff of Hendricks County, and HENDRICKS COUNTY SHERIFF'S DEPARTMENT, | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

TEMPORARY RESTRAINING ORDER WITH NOTICE

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, and for reasons set forth in open court on August 4, 2006, the court hereby ORDERS that Sheriff M. James Quearry immediately rescind all discipline imposed against Deputy Craig Hughes on or about July 27, 2006, including the remaining period of suspension, denial of use of an official vehicle, and a change in assignment from his regular duties.  The court is not ordering back pay at this time for already-elapsed days of the suspension, and the court denies plaintiffs' request for attorney fees related to the motion, without prejudice to possible future renewal. For reasons set forth in open court, no bond or other form of security shall be required for this order.  This order shall expire ten days from its issuance, unless modified or extended by later court order.  This order is binding on Sheriff

Quearry, his agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise.

So ordered.

Date: August 4, 2006

Time: 3:00 p.m.

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Copies to:

James H. Austen
STARR AUSTEN TRIBBETT MYERS & MILLER
austen@satmlaw.com

Jeremy Michael Dilts
CARSON BOXBERGER
dilts@carsonboxberger.com

Edward J. Liptak
CARSON BOXBERGER
liptak@carsonboxberger.com

Stephen Milo Terrell
terrell@hoosierlawyer.us